UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| APEX SCHOOL OF THEOLOGY, | ) |
| | ) |
| Plaintiff, | ) Case No. 19-955 |
| | ) |
| v. | ) |
| | ) |
| ELISABETH DEVOS, SOLELY IN HER | ) |
| OFFICIAL CAPACITY AS SECRETARY OF | ) |
| THE UNITED STATES DEPARTMENT OF | ) |
| EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that Plaintiff's:

1. Complaint;
2. Motion for Preliminary Injunction;
3. Brief in Support of Motion for Preliminary Injunction;
4. Declaration of Reginald High; and
5. Proposed Summons

were electronically filed with the Court using the CM/ECF system on this, the 17th day of September 2019..

This is to further certify that a true and correct copy of the foregoing was served upon Elisabeth Devos, Secretary of the United States Department of Education, via Federal Express on this, the 17th day of September 2019, at the following address:

ELISABETH DEVOS
UNITED STATES DEPARTMENT OF EDUCATION
400 Maryland Avenue, S.W.
Washington, D.C. 20202

Further, a true and correct copy of the foregoing was sent via Federal Express, on this, the 17th day of September, 2019, to:

>Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>U.S. Attorney Matthew G.T. Martin
>101 South Edgeworth Street, 4th Floor
>Greensboro, NC 27401

Respectfully submitted this 17th day of September, 2019.

**MORRIS, MANNING & MARTIN, LLP**

/s/ Chad Sharkey
Chad Sharkey
North Carolina Bar No. 29538
csharkey@mmmlaw.com
4131 Parklake Ave. Suite 340
Raleigh, NC 27612
Telephone: (919)806-2969
Facsimile: (919) 806-2057

Edgar D. Bueno
*Specially Appearing*
ebueno@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
Tel: (404) 233-7000
Fax: (404) 365-9532
*Attorneys for Plaintiff*