# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| APEX SCHOOL OF THEOLOGY, | ) |
| Plaintiff, | ) Case No. 1:19-cv-955 |
| v. | ) |
| ELISABETH DEVOS, SOLELY IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF EDUCATION, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Apex School of Theology and Defendant Elisabeth DeVos, solely in her official capacity as Secretary of the United States Department of Education, by and through their undersigned attorneys, respectfully and jointly submit this Stipulation of Dismissal of the above-captioned action without prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

/s/ Edgar D. Bueno
Chad Sharkey
North Carolina Bar No. 29538
csharkey@mmmlaw.com
Edgar D. Bueno
*Specially Appearing*
Georgia Bar No. 363916
ebueno@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
Tel: (404) 233-7000
Fax: (404) 365-9532
Attorneys for Plaintiff

/s/ Joan B. Childs
Joan B. Childs
Assistant United States Attorney
North Carolina Bar No. 18100
United States Attorney's Office
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Tel: 336-333-5351
joan.childs@usdoj.gov

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court by using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

This 6th day of December, 2019.

/s/ *Edgar D. Bueno*
Edgar D. Bueno